BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
VIRGINIA I. PAPAN, State Bar No. 143659
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-5956
 Fax: (415) 703-5843

Attorneys for Defendants Winslow and Allen
SF2003400009

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS FLOYD BRISSETTE, SR., <br><br>Plaintiff,<br><br>v.<br><br>EDWARD ALAMEIDA, et al.,<br><br>Defendants. | CASE NO. C-03-0200 VRW (PR)<br><br>**STIPULATED REQUEST TO CONTINUE FACT DISCOVERY FOR 90 DAYS AND RESCHEDULE THE NOVEMBER 8, 2005 CASE MANAGEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER**<br><br>Hearing:<br>Time:<br>Courtroom:<br>Judge: The Honorable Vaughn R. Walker |

 The parties respectfully request a 90 day continuation of the fact discovery deadline, up to and including December 28, 2005, due to serious and unforeseen circumstances beyond their control. Additionally, the parties request a new date for the next scheduled case management conference. The Court's June 21, 2005 minute order set the fact discovery cut off for September 30, 2005, and a further case management conference for November 8, 2005.

 To date, counsel for the parties have been working diligently to complete all fact discovery and have already completed the depositions of both Defendants and Dr. Douglas. Plaintiff's deposition was scheduled for September 16, 2005. A week before the Plaintiff's deposition,

1  counsel for the Defendants was informed that Plaintiff Thomas Floyd Brissette, Sr. had been
2  diagnosed with an aggressive form of type B Lymphoma. In response to Plaintiff's diagnosis,
3  prison doctors have initiated an intensive six week chemotherapy regime, which involves
4  transporting Plaintiff to and from Eureka for treatments. In order to avoid any interference or
5  delay in Plaintiff's current treatment the parties have agreed that Plaintiff's current health crisis
6  takes priority over his deposition. Plaintiff's deposition will be rescheduled once his current
7  treatment health condition has been stabilized.

8      In addition to the discovery of Plaintiff's cancer, the scheduled deposition of Dr. Ruben had
9  to be postponed because he was called up by his Oregon National Guard unit to report to
10 Louisiana as part of the hurricane Katrina relief effort.

11     Finally, as previously explained to the Court at the last Case Management Conference,
12 counsel for Defendants, Deputy Attorney General Virginia Papan, will be out of the office on a
13 leave absence from October 10, 2005 to November 14, 2005.

14     Given these unforeseen circumstances, the parties respectfully request that the Court grant
15 their request for an additional 90 days, to and including December 28, 2005, to complete fact
16 discovery in this case and reschedule the November 8, 2005 Case Management Conference.

17 Respectfully submitted,

18 VIRGINIA I. PAPAN                                    Dated 9/28/05
19 Attorney for Defendants Winslow and Allen

20
21 AARON M. ARMSTRONG                                   Dated 9/28/05
22 Attorney for Plaintiff Brissette

23 IT IS ORDERED.
24 1. The fact discovery cut-off is continued to and including December 29, 2005.
25 2. The Case Management Conference is rescheduled to Dec. 20, 2005 at 9:00 a.m.
26
27 Dated: _____                               HON. ___ R. WALKER
28                                                     Chief __ Court
                                                       Judge Vaughn R Walker
   Stipulated Req. to Cont. Discovery                  Brissette v. Alameida, et al.,
                                                       Case No. C-03-0200 VRW (PR)

                                          2