UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRISSETTE, | No C-03-200 VRW |
|     Plaintiff, | ORDER |
|       v | |
| ALAMEIDA, ET AL, | |
|     Defendant. | |

Pursuant to the request of the parties, IT IS HEREBY ORDERED that a settlement conference in the above captioned case is referred to the chief magistrate judge or his designee.

Counsel will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

                                          VAUGHN R WALKER

                                          United States District Chief Judge