Robert E. Borton (Bar No. 53191)
Dale Rice (Bar No. 146249)
Aaron M. Armstrong (Bar No. 197301)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-Mail: aaron.armstrong@hellerehrman.com

Attorneys for Plaintiff
THOMAS FLOYD BRISSETTE, SR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS FLOYD BRISSETTE, SR., <br><br> Plaintiff, <br><br> v. <br><br> ALAMEIDA, ET AL., <br><br> Defendants. | Case No. C 03-0200 VRW (MEJ) <br><br> [PROPOSED] ORDER EXCUSING PLAINTIFF FROM ATTENDANCE AT SETTLEMENT CONFERENCE AND ALLOWING HIM TO BE AVAILABLE BY TELEPHONE TO AUTHORIZE SETTLEMENT <br><br> Pretrial Conf.:  December 11, 2006 <br> Time:  2:00 p.m. <br> Courtroom:  B <br> Trial Date:  January 16, 2007 <br><br> The Honorable Maria-Elena James |

1  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Plaintiff Thomas
2  Floyd Brissette, Sr. is excused from attending the Settlement Conference scheduled for
3  December 11, 2006. It is further ordered that Mr. Brissette shall be available by telephone
4  for purposes of approving settlement only.

6  SO ORDERED.

7  DATE: November 28, 2006                    _____
8                                             The Honorable Maria-Elena James
                                               United States Magistrate Judge

2

[PROPOSED] ORDER EXCUSING PLAINTIFF'S ATTENDANCE AT SETTLEMENT CONFERENCE
CASE NO. C 03-0200 VRW (MEJ)