IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS FLOYD BRISSETTE, SR.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>EDWARD ALAMEIDA, et al.,<br><br>　　　　　　　　　　　Defendants. | C-03-0200 VRW (PR)<br><br>~~PROPOSED~~ ORDER EXCUSING DEFENDANT DWIGHT WINSLOW, M.D. FROM ATTENDANCE AT SETTLEMENT CONFERENCE<br><br>Action Filed:　January 14, 2003<br>Conf. Date:　　December 11, 2006<br>Time:　　　　　2:00pm<br>Courtroom:　　B<br>Trial Date:　　January, 16, 2007<br>The Honorable Maria-Elena James |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant Winslow is excused from attending the Settlement Conference scheduled for December 11, 2006.

SO ORDERED.

Date  December 8, 2006

_____
THE HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

[Proposed] Order　　　　　　　　　　　　　　　　　　　　　　　　　　Brissette v. Alameida, et al.
Case No. C-03-0200 VRW (PR)

1